UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VIVIAN HUYNH,<br><br>Plaintiff,<br><br>v.<br><br>NORTHBAY MEDICAL CENTER, TERI RUSSELL, and JEROLD WILCOX,<br><br>Defendants. | No. 2:17-cv-2039-EFB PS<br><br><br><br>ORDER |

Plaintiff filed an application for an order granting her permission to file documents in this case electronically. ECF No. 40. The Local Rules provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2).

For the reasons stated at the status (pretrial scheduling) conference, plaintiff's request for leave to file electronically is granted. The Clerk of Court will contact plaintiff in order to facilitate her participation in the court's electronic filing and case management system ("CM/ECF") system.[1]

/////

---

[1] However, plaintiff is admonished that an abuse of the CM/ECF system will result in a revocation of her authorization to file electronically.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to file electronically in this action (ECF No. 40) is granted.[2]

2. The Clerk of Court shall contact plaintiff in order to facilitate her participation in the CM/ECF system.

DATED: July 25, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Because plaintiff has not consented to electronic service, the parties shall continue to serve documents conventionally in accordance with Local Rules 135(b) and (e).