UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VIVIAN HUYNH,<br><br>Plaintiff,<br><br>v.<br><br>NORTHBAY MEDICAL CENTER, TERI RUSSELL, and JEROLD WILCOX,<br><br>Defendants. | No. 2:17-cv-2039-EFB PS<br><br><br><u>ORDER AFTER HEARING</u> |

This case was before the court on August 28, 2019, for hearing on plaintiff's motion to compel defendants to provide further responses to discovery requests. ECF No. 44. Attorney Amanda Iler appeared on behalf of defendants, and plaintiff appeared pro se. For the reasons stated on the record, it is hereby ORDERED that plaintiff's motion is granted in part and denied in part as follows:

1. The motion is granted as to plaintiff's Requests for Production of Documents Numbers 5, 9, 21.

2. Within 7 days of this order, defendants shall provide plaintiff with: the hiring dates of the individuals identified in request number 7; the time and attendance records described in request number 9; and documents related to the March 30, 2015 incident described in request number 21, including the Kronos for Derick Grinsteiner.

1

3. The motion is denied as to plaintiff's Interrogatories Numbers 1-3.

DATED: September 10, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE