R. BRIAN DIXON, Bar No. 076247
bdixon@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

AMANDA L. ILER, Bar No. 300268
ailer@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendants
NORTHBAY HEALTHCARE CORPORATION
(erroneously sued as NORTHBAY MEDICAL
CENTER), TERRI RUSSELL, AND JEROLD
WILCOX

MARIA VIVIAN HUYNH
PRO SE
P.O. Box 515
Vacaville, CA 95696
Telephone: 707.322.3612

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VIVIAN HUYNH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTHBAY MEDICAL CENTER, TERI RUSSELL, and JEROLD WILCOX,<br><br>　　　　　Defendants. | Case No. 2-17-cv-02039-MCE-EFB<br><br>[~~PROPOSED~~] ORDER TO AMEND CAPTION |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 2-17-CV-02039-MCE-EFB

Pursuant to the parties' stipulation (ECF No. 51), it is hereby ORDERED that the caption of this matter shall be amended to remove John Kiem Huynh and reflect only Maria Vivian Huynh as plaintiff.

Dated: October 21, 2019

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

4833-8507-7670.1 003753.1054

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2. CASE NO. 2-17-CV-02039-MCE-EFB