UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VIVIAN HUYNH, | No. 2:17-cv-2039-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| NORTHBAY MEDICAL CENTER, TERI RUSSELL, and JEROLD WILCOX, | |
| Defendants. | |

This matter was before the court on for a settlement conference on November 19, 2019. The court determined that the matter had settled and directed the parties to file dispositional documents within 30 days. ECF No. 60. Plaintiff subsequently filed a stipulation and proposed order for dismissal pursuant to Federal Rule of Civil Procedure 41(a). The document, however, was not signed by defendants.

Accordingly, within seven days of this order, defendants shall file a response to plaintiff's filing stating whether they stipulate to dismissal of this action with prejudice pursuant to Rule 41(a).

DATED: January 30, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE